## STATE v. COTTEN

No. 212 PC.

Case below: 52 N.C. App. 164.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 August 1981.

## STATE v. CROMARTIE

No. 116 PC.

Case below: 50 N.C. App. 212.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 17 August 1981.

## STATE v. CURRY

No. 244 PC.

Case below: 52 N.C. App. 585.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 August 1981.

## STATE v. DICKERSON

No. 170 PC.

Case below: 51 N.C. App. 710.

Application by defendant for further review denied 17 August 1981.

## STATE v. ELKINS

No. 265 PC.

Case below: 52 N.C. App. 378.

Petition by State for writ of certiorari to North Carolina Court of Appeals denied 17 August 1981.